1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  brobbins@robbinsarroyo.com
   GEORGE C. AGUILAR (126535)
3  gaguilar@robbinsarroyo.com
   LINDSEY C. HERZIK (313859)
4  lherzik@robbinsarroyo.com
   600 B Street, Suite 1900
5  San Diego, CA 92101
   Telephone: (619) 525-3990
6  Facsimile: (619) 525-3991

7  Attorneys for Plaintiff John Solak

8  WILMER CUTLER PICKERING
     HALE AND DORR LLP
9  MICHAEL A. MUGMON (251958)
   michael.mugmon@wilmerhale.com
10 950 Page Mill Road
   Palo Alto, CA 94304
11 Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
12
   Attorneys for Defendants
13
   [additional counsel appear on signature page]
14

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN SOLAK, Derivatively on Behalf of DEPOMED, INC., | Case No. 3:17-cv-06546-JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| ARTHUR J. HIGGINS, AUGUST J. MORETTI, JAMES P. FOGARTY, PETER D. STAPLE, KAREN A. DAWES, LOUIS J. LAVIGNE, JR., JAMES L. TYREE, JAMES A. SCHOENECK, DAVID B. ZENOFF, SAMUEL R. SAKS, VICENTE ANIDO, JR., and ROBERT G. SAVAGE, | Hon. Jon S. Tigar |
| Defendants, | |
| -and- | |
| DEPOMED, INC., a California corporation, | |
| Nominal Defendant. | |

1  Plaintiff John Solak ("Plaintiff"), defendants Arthur J. Higgins, August J. Moretti, James P. Fogarty, Peter D. Staple, Karen A. Dawes, Louis J. Lavigne, Jr., James L. Tyree, James A. Schoeneck, David B. Zenoff, Samuel R. Saks, Vicente Anido, Jr., and Robert G. Savage (the "Individual Defendants") and nominal defendant Depomed, Inc. ("Depomed," and collectively with the Individual Defendants, "Defendants"),[1] through their respective counsel of record, submit this stipulation and [proposed] order to voluntary dismiss this action without prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the Court's approval, that:

1. This action shall be dismissed in its entirety without prejudice; and

2. Each Party shall bear his, her, or its own costs, fees, and expenses, including attorneys' fees.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  December 7, 2017 | ROBBINS ARROYO LLP |
| | *s/ George C. Aguilar* |
| | George C. Aguilar |
| | Brian J. Robbins |
| | Lindsey Herzik |
| | 600 B Street, Suite 1900 |
| | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| | Facsimile: (619) 525-3991 |
| | gaguilar@robbinsarroyo.com |
| | brobbins@robbinsarroyo.com |
| | lherzik@robbinsarroyo.com |
| | *Attorneys for Plaintiff John Solak* |
| Dated: December 7, 2017 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | *s/Michael A. Mugmon* |
| | Michael A. Mugmon |
| | 950 Page Mill Road |

---

[1] Plaintiff and Defendants are collectively referred to herein as the "Parties."

- 1 -

- 2 -

Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
michael.mugmon@wilmerhale.com

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Rebecca A. Girolamo (SBN: 293422)
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
rebecca.girolamo@wilmerhale.com

*Attorneys for Defendants Arthur J. Higgins, August J. Moretti, James P. Fogarty, Peter D. Staple, Karen A. Dawes, Louis J. Lavigne, Jr., James L. Tyree, James A. Schoeneck, David B. Zenoff, Samuel R. Saks, Vicente Anido, Jr., Robert G. Savage, and nominal defendant Depomed, Inc.*

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order of Voluntary Dismissal Without Prejudice.  In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*s/ George C. Aguilar*
GEORGE C. AGUILAR

***

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1229574