ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsarroyo.com
LINDSEY C. HERZIK (313859)
lherzik@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff John Solak

WILMER CUTLER PICKERING
  HALE AND DORR LLP
MICHAEL A. MUGMON (251958)
michael.mugmon@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Defendants

[additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN SOLAK, Derivatively on Behalf of DEPOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR J. HIGGINS, AUGUST J. MORETTI, JAMES P. FOGARTY, PETER D. STAPLE, KAREN A. DAWES, LOUIS J. LAVIGNE, JR., JAMES L. TYREE, JAMES A. SCHOENECK, DAVID B. ZENOFF, SAMUEL R. SAKS, VICENTE ANIDO, JR., and ROBERT G. SAVAGE, <br><br> Defendants, <br> -and- <br><br> DEPOMED, INC., a California corporation, <br><br> Nominal Defendant. | Case No. 3:17-cv-06546-JST <br><br><br> **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Hon. Jon S. Tigar |

Plaintiff John Solak ("Plaintiff"), defendants Arthur J. Higgins, August J. Moretti, James P. Fogarty, Peter D. Staple, Karen A. Dawes, Louis J. Lavigne, Jr., James L. Tyree, James A. Schoeneck, David B. Zenoff, Samuel R. Saks, Vicente Anido, Jr., and Robert G. Savage (the "Individual Defendants") and nominal defendant Depomed, Inc. ("Depomed," and collectively with the Individual Defendants, "Defendants"),[1] through their respective counsel of record, submit this stipulation and [proposed] order to voluntary dismiss this action without prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the Court's approval, that:

1. This action shall be dismissed in its entirety without prejudice; and

2. Each Party shall bear his, her, or its own costs, fees, and expenses, including attorneys' fees.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 7, 2017 | ROBBINS ARROYO LLP |
| | *s/ George C. Aguilar* |
| | George C. Aguilar |
| | Brian J. Robbins |
| | Lindsey Herzik |
| | 600 B Street, Suite 1900 |
| | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| | Facsimile: (619) 525-3991 |
| | gaguilar@robbinsarroyo.com |
| | brobbins@robbinsarroyo.com |
| | lherzik@robbinsarroyo.com |
| | *Attorneys for Plaintiff John Solak* |
| Dated: December 7, 2017 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | *s/Michael A. Mugmon* |
| | Michael A. Mugmon |
| | 950 Page Mill Road |

---

[1] Plaintiff and Defendants are collectively referred to herein as the "Parties."

- 1 -

| | |
|---|---|
| 1 | Palo Alto, CA 94304 |
| 2 | Telephone: (650) 858-6000 |
|   | Facsimile: (650) 858-6100 |
|   | michael.mugmon@wilmerhale.com |

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Rebecca A. Girolamo (SBN: 293422)
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
rebecca.girolamo@wilmerhale.com

*Attorneys for Defendants Arthur J. Higgins, August J. Moretti, James P. Fogarty, Peter D. Staple, Karen A. Dawes, Louis J. Lavigne, Jr., James L. Tyree, James A. Schoeneck, David B. Zenoff, Samuel R. Saks, Vicente Anido, Jr., Robert G. Savage, and nominal defendant Depomed, Inc.*

    I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order of Voluntary Dismissal Without Prejudice. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                          *s/ George C. Aguilar*
                                           GEORGE C. AGUILAR

\*\*\*

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 7, 2017

                                    HONORABLE JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE

1229574

- 2 -